# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARAY PELIER, | |
| Plaintiff, | NO. 3:16-CV-02095 |
| v. | (JUDGE CAPUTO) |
| JOSEPH PAUL KALINOWSKI, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this 18th day of August, 2017, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 18) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 18) is **ADOPTED in its entirety**.

(2) The Complaint (Doc. 1) is **DISMISSED with prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge